# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>                Plaintiff,<br><br>   v.<br><br>COBRA ELECTRONICS CORPORATION<br>AND THE WHISTLER GROUP, INC.<br><br>                Defendants<br><br>COBRA ELECTRONICS CORPORATION,<br>THE WHISTLER GROUP, INC.<br><br>                Counterclaimants<br>   v.<br>HOYT A. FLEMING,<br><br>                Counterdefendant. | Case No. 1:12-CV-00392-BLW<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE OF ALL CLAIMS AND<br>COUNTERCLAIMS BETWEEN<br>PLAINTIFF AND DEFENDANT THE<br>WHISTLER GROUP, INC. |

      The Stipulation of Dismissal with Prejudice of all Claims and Counterclaims between Plaintiff Hoyt A. Fleming ("Fleming") and Defendant The Whistler Group, Inc. ("Whistler) (docket no. 55) having come before this Court, and good cause appearing therefor,

      IT IS HEREBY ORDERED that the claims that Fleming has asserted against Whistler are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

      IT IS FURTHER ORDERED that the counterclaims asserted by Whistler against Fleming are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.



DATED: April 9, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court