Steven F. Schossberger, ISB No. 5358
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Email: sschossberger@hawleytroxell.com

Michael S. Dowler
PARK VAUGHAN FLEMING & DOWLER LLP
5847 San Felipe, Suite 1700
Houston, TX 77057
Telephone: 713.821.1540
Email: mike@parklegal.com

Attorneys for Plaintiff Hoyt A. Fleming

John J. Burke (ISB No. 4619)
ELAM & BURKE, P.A.
251 E. Front St., Ste. 300
P.O. Box 1539
Boise, ID 83701
Telephone: 208-343-5454
Email: jjb@elamburke.com

Steven C. Malin
SIDLEY AUSTIN, LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
Telephone: 214-981-3386
smalin@sidley.com

Counsel for Defendant Cobra Electronics Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br>                              Plaintiff<br>        vs.<br><br>COBRA ELECTRONICS CORPORATION<br>and THE WHISTLER GROUP, INC.,<br><br>                              Defendants. | Case No.: 12-CV-00392-BLW |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN THE
PLAINTIFF AND DEFENDANT COBRA ELECTRONICS CORP.**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and the Settlement Agreement executed by the parties, Plaintiff Hoyt A. Fleming ("Fleming") and Defendant Cobra Electonics Corp. ("Cobra") hereby stipulate to Fleming's dismissal with prejudice of all the claims asserted by Fleming against Cobra in this action, and Cobra's dismissal with prejudice of all the counterclaims asserted by Cobra against Fleming in this action, with each party to bear its own costs and fees.

**SO STIPULATED on July 18, 2013:**

By: _____/s/_____          By: _____/s/_____

   Steven C. Malin                          Michael S. Dowler
   SIDLEY AUSTIN, LLP                       Park Vaughan Fleming & Dowler, LLP
   717 N. Harwood, Suite 3400               5874 San Felipe, Suite 1700
   Dallas, TX 75201                         Houston, TX 77057
   Telephone: 214-981-3386                  (713) 821-1540
                                            (713) 821-1401 (facsimile)

   **COUNSEL FOR DEFENDANT
   COBRA ELECTRONICS CORP.**                **COUNSEL FOR PLAINTIFF
                                            HOYT A. FLEMING**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 18th day of July 2013, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons.

        Steven Malin via email at smalin@sidley.com
        Demarron Berkley via email at dberkley@sidley.com
        Vijay Desai via email at vdesai@sidley.com
        Mike Hatcher via email at mhatcher@sidley.com

            /s/
               Michael S. Dowler